UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  16-12610
COREY FOX  )
   )  Chapter: 13
   )  Honorable Deborah L. Thorne
   )
   )
Debtor(s)  )

## ORDER EXTENDING AUTOMATIC STAY

THIS MATTER coming to be heard on the Debtor's MOTION TO EXTEND AUTOMATIC STAY, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court orders that the Debtor's automatic stay, pursuant to 11 U.S.C. 362(c)(3)(B), is extended as to all creditors until the case is dismissed or discharged, or until a party in interest is granted relief from the automatic stay for good cause shown, as to that party only.

Enter:  /s/ Deborah L. Thorne

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  May 09, 2016

**Prepared by:**

Justin R. Storer (ARDC #6293889)
Lakelaw
53 W. Jackson, Suite 1610
Chicago, IL 60604
312.662.5757
jstorer@lakelaw.com